IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA GONZALES

        Plaintiff,

v.                                                                                                  No. CV-12-780 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER

**THIS MATTER** comes before the Court for an Order quashing the Court's *Order to Show Cause*, (Doc. 4), filed August 8, 2012, and granting Plaintiff's *Application to Proceed In Forma Pauperis Without Prepayment of Fees or Costs*, (Doc. 3). Plaintiff filed her Complaint and application to proceed *in forma pauperis* in July, 2012. (Doc. 1; Doc. 3). The Complaint did not comply with Rule 8 of the Federal Rules of Civil Procedure in that it failed to state any facts in support of her claim and did not request any relief. The Court ordered Plaintiff to show cause why her Complaint should not be dismissed for failure to present a reasoned, non-frivolous argument in support of her claim. (Doc. 4). Plaintiff has since retained counsel and has filed an *Amended Complaint* which complies with Rule 8. (Doc. 6).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 4), be **QUASHED**.

**IT IS FURTHER ORDERED** that Plaintiff's *Application to Proceed In Forma Pauperis Without Prepayment of Fees or Costs*, (Doc. 3), be **GRANTED**. This action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint upon the United States Attorney, the Attorney General, and the Office of the General Counsel.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE