IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA GONZALES,

    Plaintiff,

v.                                       Case No. 12-780 CG

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER

**THIS MATTER** is before the Court upon the parties' *Agreed Motion to Reverse and Remand For Further Administrative Proceedings*, filed on May 23, 2013, (Doc. 26). Upon examination of the merits, it is hereby **ORDERED** that this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the ALJ will re-evaluate Plaintiff's residual functional capacity (RFC) based on all the evidence. In doing so, the ALJ will evaluate the medical opinion evidence in accordance with 20 C.F.R. § 404.1527. In particular, the ALJ should evaluate Dr. Robert Brownsberger's and Dr. Joel Rohrbough's medical opinions. In doing so, the ALJ will provide specific reasons for accepting or rejecting these opinions, and state the weight given to such opinions. Lastly, if necessary, the ALJ will obtain vocational expert assistance to determine whether there are a significant number of jobs in the national economy that Plaintiff could perform.

 

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted on 5/23/13*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant


*Approved electronically on 5/23/13*
FRANCESCA MacDOWELL
Attorney for Plaintiff